FILED

12/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0585

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0585

STATE OF MONTANA,

      Plaintiff and Appellee,

vs.

TAYLOR JAY DAMM,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until January 15, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 11 2023